IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Bobby Wayne Clemons, Jr., individually and )
as natural father of B.C., a minor, Charles )
Belk, individually and as natural father of )
K.B., a minor, )
                             )
           Plaintiffs, )
                             )
vs. )         Civil Action No. 1:11-1798-TLW-SVH
                             )
Southern Insurance Company of Virginia, )
Progressive Max Insurance Company, and )
Allstate Indemnity Company. )
                             )
           Defendants. )
_____

# ORDER

On July 25, 2011, this insurance policy action was removed to this Court.  (Doc. # 1).  On January 1, 2012, the matter was assigned for pre-trial management to Magistrate Judge Shiva V. Hodges.  (Doc. # 25).

The matter now comes before this Court for review of a Report and Recommendation ("the Report") filed by Magistrate Judge Hodges.  In the Report, the Magistrate Judge recommends that all claims brought by Plaintiff Bobby Wayne Clemons ("Plaintiff Clemons") in this litigation be dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  (Doc. # 51).  Objections were due by July 12, 2012.  Plaintiff Clemons has filed no objections to the Report.  Nor did Plaintiff Clemons respond in any fashion to the May 7, 2012 and June 11, 2012 Orders of the Magistrate Judge.  (Docs. # 41 and # 47).

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 51).  All claims brought by Plaintiff Clemons in this litigation are hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED**.


_____s/Terry L. Wooten_____
United States District Judge


July 25, 2012
Florence, South Carolina